Government [x]  
Defendant  [ ]  
Joint      [ ]

UNITED STATES OF AMERICA  
v.  
JESSE R. BENTON

Criminal No. 1:21-cr-00569-TNM

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | 2015.10.27 Jesse Bio email and Bio attachment | | 11/10/2022 | Erin Phan | |
| 2 | Charity Awards SunTrust Bank Records | | | Erin Phan | |
| 3 | Summary Chart of Charity Awards SunTrust Bank Records | | | Erin Phan | |
| 4 | 2016.09.08 [No Subject] email - memo re canceling | | | Erin Phan | |
| 5 | AT&T Phone Records for Defendant | | | Erin Phan | |
| 6 | Phone Toll for Defendant and Doug Wead for August 2016 through October 2016 Summary Chart | | | Erin Phan | |
| 7 | 2016.09.11 [No Subject] email - what about trump? | | | Erin Phan | |
| 8 | 2016.09.12 email - source | | | Erin Phan | |
| 9 | 2016.09.13 email - Laura Haney pointed me your way | | | Erin Phan | |
| 10 | 2016.09.13 email - RE Laura Haney pointed me your way (1) | | | Erin Phan | |
| 11 | 2016.09.13 email - RE Laura Haney pointed me your way (3) | | | Erin Phan | |
| 12 | Photo of Doug Wead with Trump | | | Erin Phan | |
| 13 | 2016.09.14 email - [Russian Subject] wire donation | | | Erin Phan | |
| 14 | 2016.09.04 email - RE Laura Haney pointed me your way and Attachment of Trump Victory Fund Contribution Forms | | | Sarah Robinson Burnett, Erin Phan, Caitlin Franklin | |
| 15 | 2016.09.15 email - RE Laura Haney pointed me your way | | | Sarah Robinson Burnett, Erin Phan | |
| 16 | 2017.07.19 email – Re: Request for Your Insight/Expertise re Fund Raising | | | Erin Phan | |
| 17 | 2016.09.16 email - Re:re[2] Wire info for consulting services | | ✓ | Erin Phan | |

1

Government [x]
Defendant [ ]
Joint [ ]

UNITED STATES OF AMERICA
v.
JESSE R. BENTON

Criminal No. 1:21-cr-00569-TNM

| | | | | | |
|---|---|---|---|---|---|
| 18 | 2016.09.16 email - Mr. Vasilenko | | 11/10/2022 | | |
| 19 | 2016.09.19 $49k wire Transfer | | 11/10/2022 | Erin Phan | |
| 20 | Demonstrative for Email Time Stamp Conversions to Eastern Daylight Time | 11/10/2022 | — | Erin Phan | |
| 21 | 2016.09.22 email - Wead sent Olga's passport | | 11/10/2022 | Erin Phan | |
| 22 | 2016.09.22 email - Wead sent Roman's passport | | | Erin Phan | |
| 23 | 2016.09.20 $51k wire Transfer | | | | |
| 24 | R. Vasilenko Bank Winter Records [REDACTED] | | | Erin Phan | |
| 25 | 2016.09.21 email - Re: Philly event | | | Sarah Robinson Burnett Caitlin Franklin | |
| 26 | 2016.09.22 email - re Philly Event | | | Caitlin Franklin | |
| 27 | 2016.09.22 email - Re: Philly event | | | Erin Phan, Caitlin Franklin | |
| 28A | Philadelphia Event Video A | | | | |
| 28B | Philadelphia Event Video B | | | | |
| 28C | Philadelphia Event Video C | | | | |
| 28D | Transcript of Philadelphia Event Video A | 11/10/2022 | — | | |
| 28E | Transcript of Philadelphia Event Video B | 11/10/2022 | — | | |
| 28F | Transcript of Philadelphia Event Video C | 11/10/2022 | — | | |
| 30 | Stipulation | | 11/10/2022 | | |
| 31 | 2016.09.22 email - Re: Philly event | | | Erin Phan | |
| 32 | Maggiano's Little Italy Tyson's Corner Invoice | | | Erin Phan | |
| 33 | 2016.10.03 email - re Philly event and attachment of Flyer | | | Caitlin Franklin | |
| 34 | 2016.10.03 email - re interview and event pictures [REDACTED] | | | Erin Phan | |

2

| Government [x] | UNITED STATES OF AMERICA | Criminal No. 1:21-cr-00569-TNM |
| Defendant [ ] | v. | |
| Joint [ ] | JESSE R. BENTON | |

| | | | | | |
|---|---|---|---|---|---|
| 35 | 2016.10.10 email - Pics | | 11/10/2022 | Erin Phan | |
| 36 | 2016.10.10 email - Re: Philly event | | | Erin Phan | |
| 37 | 2016.10.10 email - re Roman contribution via Benton | | | Sarah Robinson Burnett, Caitlin Franklin | |
| 38 | 2016.10.24 email - Re: Philly event | | | Erin Phan, Caitlin Franklin | |
| 39 | 2016.10.26 email - Philly Event CC Auth [REDACTED] | | | Erin Phan, Caitlin Franklin | |
| 40 | 2016.10.26 email - Re: Philly Event CC Auth | | | Erin Phan, Caitlin Franklin | |
| 42 | 2016.10.26 [No Subject] email - re picture with Trump | | | Erin Phan | |
| 43 | 2016.10.26 email - Re: Photos | | | Erin Phan | |
| 44 | 2013.11.03 email - your pics arrived and attachments of photo of R. Vasilenko with Trump and photo of Olga with Trump | | | Erin Phan | |
| 45 | 2016.12.15 email - Re Presidential Inaugural Committee | | | Erin Phan | |
| 48 | FEC Supporting Document | | | Erin Phan | |
| 49 | Benton Contribution Summary Chart | | | Erin Phan | |
| 50 | Kentucky Secretary of State Records for Titan Strategies | | | Erin Phan | |
| 51 | 2016.09.16 email - Re:re[2] Wire info for consulting services | | | Erin Phan | |
| 53 | 2016.09.16 email - re sending Invoice | | | Erin Phan | |
| 54 | 2016.09.21 email - Trip Confirmation with Pricing J&J Transportation Invoice | | | Erin Phan | |
| 55 | Hotels.com Booking Confirmation | | | Erin Phan | |
| 56 | Philadelphia Event Photographs | | | Erin Phan | |
| 57 | 2016.10.03 email - Re: oct 3 | | ✓ | Erin Phan | |

Government [x]  
Defendant  [ ]  
Joint      [ ]

UNITED STATES OF AMERICA  
v.  
JESSE R. BENTON

Criminal No. 1:21-cr-00569-TNM

| # | Description | | Date | Witness | |
|---|---|---|---|---|---|
| 58 | Contribution from Benton for $25K [REDACTED] | | 11/10/2022 | Erin Phan | |
| 59 | R. Vasilenko's Department of State Records | | | Erin Phan | |
| 60 | Ritz-Carlton Invoice | | | Erin Phan | |
| 61 | Wead SunTrust Bank Client Info | | | Erin Phan | |
| 62 | AT&T Phone Records | | | | |
| 63 | 2016.09.30 Republic Bank Records - Titan Strategies LLC | | | Erin Phan | |
| 64 | American Express Credit Card Records | | | Erin Phan | |
| 65 | 2016.10.02 email – oct 3 | | | | |
| 66 | Reservation Form for J&J Transportation | | | Erin Phan | |
| 67 | 2016.03.13 email - plan | | | | |
| 68 | 2016.03.23 email - Re[4]: Students | | 11/10/2022 | Erin Phan | |
| 69 | 2016.09.07 [No Subject] email - re update on celebrities for Roman to meet | | | Erin Phan | |
| 70 | 2016.06.30 email - Re: names | | | Erin Phan | |
| 71 | 2016.10.24 [no subject] email - re update on pictures with Trump | | | Erin Phan | |
| 101 | Jesse Benton CMDI Profile | | | Sarah Robinson Burnett | |
| 201 | 2016.10.18 email - Re: Vasilenko | | | Sarah Robinson Burnett, Caitlin Franklin | |
| 202 | 2016.10.26 email - Re: Philly Event CC Auth | | | Sarah Robinson Burnett, Caitlin Franklin | |
| 203 | 2016.09.22 [no subject] email - re: newest additions to roundtable and attachment of EPA003-04_Tracking Sheet | | | Caitlin Franklin | |
| 301 | Donald J. Trump for President FEC Form 1 | | | Michael Hartsock | |
| 302 | RNC Form 1 | | ✓ | Michael Hartsock | |

4

| Government [x] | | UNITED STATES OF AMERICA | | | Criminal No. 1:21-cr-00569-TNM | |
| Defendant [ ] | | v. | | | | |
| Joint [ ] | | JESSE R. BENTON | | | | |

| 303 | Trump Victory FEC Form 1 | | 11/10/2022 | Michael Hartsock | |
|-----|--------------------------|--|------------|------------------|--|
| 304 | RNC FEC Form 3X | | | Michael Hartsock | |
| 305 | Trump Victory FEC Form 3X | | | Michael Hartsock | |
| 306 | Donald J. Trump for President FEC Form 3P | | | Michael Hartsock | |

| | | |
|---|---|---|
| Government ✓ | UNITED STATES OF AMERICA | |
| Plaintiff ☐ | VS. | Civil/Criminal No. 21-CR-569 (TNM) |
| Defendant ☐ | JESSE R. BENTON | |
| Joint ☐ | | |
| Court ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 77 | The Game of Thorns | 11/14/2022 | - - - | Erin Phan | |
| 84 | CARR Workplaces billing statement | 11/14/2022 | 11/14/2022 | Erin Phan | |
| 86 | Fwd: Charity Awards special guest email | 11/14/2022 | 11/14/2022 | Erin Phan | |
| 76 | Re:       email | 11/14/2022 | 11/14/2022 | Erin Phan | |
| 90 | Debate tickets email | 11/14/2022 | 11/14/2022 | Erin Phan | |
| 91 | Quick mutual understanding email | 11/14/2022 | 11/14/2022 | Erin Phan | |
| 80 | Great America press release | 11/14/2022 | - - - | Erin Phan | |
| 89 | Re:    5/5/2016 10:35:18 PM email | 11/14/2022 | 11/14/2022 | Erin Phan | |
| 78 | letter from Mr. Benton to Sharif | 11/14/2022 | 11/14/2022 | Erin Phan | |
| r539 | metadata - marked for identification purposes only | 11/14/2022 | - - - | Erin Phan | |

| | | | | |
|---|---|---|---|---|
| Government ✓ | | | | |
| Plaintiff ☐ | UNITED STATES OF AMERICA | | Civil/Criminal No. | 21-CR-569 (TNM) |
| Defendant ☐ | VS. | | | |
| Joint ☐ | JESSE R. BENTON | | | |
| Court ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 87 | A good data point for you guys tomorrow email | 11/14/2022 | 11/14/2022 | Erin Phan | |
| 88 | Trump funders email 9/13/2016 8:23:23 PM | 11/14/2022 | 11/14/2022 | Erin Phan | |