**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **CRIMINAL NO. 1:21-cr-00569 (TNM)** |
| **JESSE R. BENTON,** | ) | |
| | ) | **VERDICT FORM** |
| **Defendant.** | ) | |
| | ) | |

I.   As to Count One of the Indictment, conspiracy, in violation of 18 U.S.C. § 371, we, the jury, find the Defendant, JESSE R. BENTON:

**COUNT 1:**        GUILTY __X__        NOT GUILTY _____

    If you find the Defendant not guilty as to Count I, please proceed to Count II.

    If you find Defendant JESSE R. BENTON guilty as to Count One, what specific offense or offenses do you find to have been the object or objects of the conspiracy?  (select one or more).

1.  Do you find beyond a reasonable doubt that there was an agreement to commit the offense of knowingly and willfully soliciting and/or causing foreign national contributions, which aggregated to $25,000 or more in a calendar year?

        Yes: __X__        No: _____

2.  Do you find beyond a reasonable doubt that there was an agreement to commit the offense of knowingly and willfully permitting the Defendant's name to be used to effect contributions by another person, which aggregated to $25,000 or more in a calendar year?

        Yes: __X__        No: _____

3.  Do you find beyond a reasonable doubt that there was an agreement to commit the offense of knowingly causing the concealment, covering up, falsifying, or making of false entries

1

in records, documents, and tangible objects, with the intent to impede, obstruct, or influence, and in relation to or contemplation of, the investigation or proper administration of matters within the jurisdiction of the Federal Election Commission?

Yes: __X__          No: _____

II.    As to **Count Two** of the Indictment, willfully soliciting and/or causing foreign national contributions to a political committee, to wit, Trump Victory, the Republican National Committee, and Donald J. Trump for President, Inc., which aggregated to $25,000 or more in a calendar year, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30121, and 18 U.S.C. § 2, we, the jury, find the Defendant, JESSE R. BENTON:

**COUNT 2:**    GUILTY __X__       NOT GUILTY _____

III.    As to **Count Three** of the Indictment, willfully permitting his name to be used to effect contributions of another person to a political committee, to wit Trump Victory, the Republican National Committee, and Donald J. Trump for President, which aggregated to $25,000 or more in a calendar year, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30122, and 18 U.S.C. § 2, we, the jury, find the Defendant, JESSE R. BENTON:

**COUNT 3:**    GUILTY __X__       NOT GUILTY _____

IV.    As to **Count Four** of the Indictment, knowingly causing the falsification of an entry in a record, to wit, causing the Republican National Committee to unwittingly, falsely record in a report to the Federal Election Commission dated December 8, 2016, that Benton contributed $22,300 when the contribution actually came from someone other than the reported contributor, in violation

of 18 U.S.C. §§ 1519 and 2, we, the jury, find the Defendant, JESSE R BENTON:

**COUNT 4:**          GUILTY__X____          NOT GUILTY_____


V.     As to **Count Five** of the Indictment, knowingly causing the falsification of an entry in a record, to wit, causing Trump Victory to unwittingly, falsely record in a report to the Federal Election Commission dated March 15, 2017, that Benton contributed $25,000 when the contribution actually came from someone other than the reported contributor, in violation of 18 U.S.C. §§ 1519 and 2, we, the jury, find the Defendant, JESSE R BENTON:

**COUNT 5:**          GUILTY__X____          NOT GUILTY_____


VI.     As to **Count Six** of the Indictment, knowingly causing the falsification of an entry in a record, to wit, causing Donald J. Trump for President, Inc. to unwittingly, falsely record in a report to the Federal Election Commission dated July 20, 2017, that Benton contributed $2,700 when the contribution actually came from someone other than the reported contributor, in violation of 18 U.S.C. §§ 1519 and 2, we, the jury, find the Defendant, JESSE R BENTON:

**COUNT 6:**          GUILTY__X____          NOT GUILTY_____


____November 17, 2022____
Date                                             Foreperson

3